[No. 30489-9-II.   Division Two.   January 25, 2005.]

NEW HERMES, INC., *Respondent,* v. CHRISTOPHER G. ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-08023-2, Sergio Armijo, J., entered June 17, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 30601-8-II.   Division Two.   January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK OWENS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01079-4, Katherine M. Stolz, J., entered July 7, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30755-3-II.   Division Two.   January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY JIM DUNNING, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-01105-3, Robert L. Harris, J., entered August 14, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30850-9-II.   Division Two.   January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN PAUL JUSZCZYK, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-02261-9, Gary Tabor, J., entered September 10, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.